SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KYU HWA BACK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYU HWA BACK,<br><br>           Plaintiff,<br>   vs.<br><br>KKK GROUP INC D/B/A COLORS NAILS AND SPA; SO CHUN C WONG, TRUSTEE OF SO CHUN C WONG TRUST;<br><br>           Defendants. | Case No.: 2:20-cv-00824-RGK (MAAx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

   Notice is hereby given that Plaintiff KYU HWA BACK ("Plaintiff") and Defendant So Chun C. Wong, Trustee of So Chun C. Wong Trust have settled the above-captioned matter as to the entire case. Plaintiff shall prepare and file a stipulation for dismissal with prejudice as to the entire action after approval by Defendant by the end of September 29, 2020.

Dated: September 28, 2020                    SO. CAL. EQUAL ACCESS GROUP

                              By:    /s/ Jason J. Kim_____
                                   Jason J. Kim, Esq.
                                   Attorneys for Plaintiff