JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYU HWA BACK, <br><br> Plaintiff, <br><br> vs. <br><br> KKK GROUP INC D/B/A COLORS NAILS AND SPA; SO CHUN C WONG, TRUSTEE OF SO CHUN C WONG TRUST; <br><br> Defendants. | **Case No.: 2:20-cv-00824-RGK (MAAx)** <br> Hon. R. Gary Klausner <br><br> ~~[PROPOSED]~~ ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION |

///
///
///

~~[PROPOSED]~~ ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

SO ORDERED.

DATED: September 30, 2020

*Gary Klausner*
Honorable R. Gary Klausner
United States District Court Judge